BEFORE THE FIRST DIVISION, MAY 20, 1941

**No. 45867.**—Protest 540181–G of Tucker & Goodheart (New York).

Opinion by BROWN, J. It was stipulated that the merchandise is wool hoods and similar merchandise to that the subject of *Cohn* v. *United States* (4 Cust. Ct. 166, C. D. 314). The protest was therefore sustained.